# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 5, 2021

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

> **FILED**
> Apr 05, 2021
> DEBORAH S. HUNT, Clerk

Re:  Mike Brown, Acting Warden
     v. Ervine Davenport
     No. 20-826
     (Your No. 17-2267)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk