UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERVINE LEE DAVENPORT,

    Petitioner,

v.

    Case No. 1:14-cv-1012

    HON. JANET T. NEFF

DUNCAN MACLAREN,

    Respondent.
_____/

## JUDGMENT

In accordance with the Sixth Circuit's Order and Judgment entered on August 11, 2022:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: September 9, 2022

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge